No. 204, October Term, 1970. CRAMPTON *v.* OHIO. Sup. Ct. Ohio. Petition for rehearing granted. Judgment affirming judgment of the Supreme Court of Ohio, 402 U. S. 183 (1971), vacated. Judgment, 18 Ohio St.

2d 182, 248 N. E. 2d 614 (1969), vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings. See *Furman* v. *Georgia, ante,* p. 238.